# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stamp Jr, Frederick P. | USDC/Northern West Virginia | 01/27/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination   Date <br> ☐ Initial   ☐ Annual   ☑ Final <br> 5b. ☐ Amended Report | 01/01/2019 <br> to <br> 12/31/2019 |

**7. Chambers or Office Address**

P.O. Box 791
Wheeling, WV 26003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee-Emeritus | The Linsly School, Incorporated |
| 2. | Trustee-Emeritus | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-Employed Jewelry Manufacturing |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbvie | D | Dividend | M | T | | | | | |
| 2. Automatic Data Processing | E | Dividend | P1 | T | | | | | |
| 3. JP Morgan Chase & Co | E | Dividend | P1 | T | | | | | |
| 4. Bristol Myers Squibb Co. | E | Dividend | P1 | T | | | | | |
| 5. CDK Global Inc | B | Dividend | M | T | | | | | |
| 6. Coca-Cola Co | E | Dividend | O | T | | | | | |
| 7. Chevron Corp | D | Dividend | M | T | | | | | |
| 8. Conocophillips | C | Dividend | M | T | | | | | |
| 9. Corteva Inc Com | A | Dividend | K | T | Spinoff (from line 10) | 06/01/19 | J | | |
| 10. Du Pont De Nemours Inc (formerly DowDupont Inc) | B | Dividend | L | T | Sold (part) | 08/07/19 | J | A | |
| 11. Dow Inc Com | B | Dividend | L | T | Spinoff (from line 10) | 04/01/19 | J | | |
| 12. Dell Technologies Inc Cl C (formerly Dell Technologies) | | None | L | T | Sold (part) | 01/14/19 | J | A | |
| 13. Dollar General Corp | A | Dividend | L | T | | | | | |
| 14. Exxon Mobil Corp Com | E | Dividend | N | T | | | | | |
| 15. Facebook | | None | K | T | | | | | |
| 16. General Electric | A | Dividend | J | T | Distributed (part) | 12/30/19 | K | | |
| 17. Wabtec | D | Dividend | | | Spinoff (from line 16) | 03/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/14/19 | J | | |
| 19. Alphabet Inc Cl A | | None | N | T | | | | | |
| 20. Alphabet Inc Cl C | | None | N | T | | | | | |
| 21. Hazlett, Burt & Watson, Inc. Common Stock | E | Int./Div. | O | U | | | | | |
| 22. Intel Corp | D | Dividend | N | T | | | | | |
| 23. Intercontinental Exchange Group | B | Dividend | M | T | | | | | |
| 24. PPG Corp | C | Dividend | N | T | | | | | |
| 25. Zimmer Biomet Holdings Inc | D | Dividend | O | T | | | | | |
| 26. 3M Company | D | Dividend | M | T | | | | | |
| 27. Century Properties X LP | D | Rent | L | W | | | | | |
| 28. Century Properties XII LP | C | Rent | K | W | | | | | |
| 29. Century Properties XIV LP | C | Rent | K | W | | | | | |
| 30. Century Properties XV LP | C | Rent | L | W | | | | | |
| 31. Century Properties XVI LP | C | Rent | L | W | | | | | |
| 32. Century Properties XVIII LP | B | Rent | K | W | | | | | |
| 33. Century Properties XIX LP | D | Rent | K | W | | | | | |
| 34. Century Properties XX LP | D | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Century Properties XXIII | D | Rent | K | W | | | | | |
| 36. American Century Mutual Funds Inc Heritage | E | Dividend | N | T | Buy (add'l) | 12/18/19 | K | | |
| 37. T Rowe Price New Horizons | F | Dividend | O | T | Buy (add'l) | 12/17/19 | L | | |
| 38. Federated Gov't Obligatiuons Tax Managed Fund | D | Interest | N | T | Buy (add'l) | 01/02/19 | O | | |
| 39. Federated Short Interim Duration | E | Int./Div. | O | T | | | | | |
| 40. Air Products & Chemicals Inc | E | Dividend | P1 | T | | | | | |
| 41. Apple Computer Inc | E | Dividend | P1 | T | | | | | |
| 42. Becton Dickinson & Co | B | Dividend | M | T | | | | | |
| 43. Caterpillar | D | Dividend | N | T | | | | | |
| 44. Chubb Corp | B | Dividend | L | T | | | | | |
| 45. Walt Disney Co | D | Dividend | P1 | T | | | | | |
| 46. Home Depot | E | Dividend | P1 | T | | | | | |
| 47. Ishares TR Future Issues China | D | Dividend | N | T | | | | | |
| 48. Ishares-TR MSCI Emerging Market Index Fund | C | Dividend | M | T | | | | | |
| 49. Ishares MSCI EAFE ETF | C | Dividend | M | T | Buy | 01/03/19 | L | | |
| 50. | | | | | Buy (add'l) | 11/01/19 | L | | |
| 51. Mastercard Inc Cl A (partially distributed to line 305) | A | Dividend | L | T | Distributed (part) | 12/11/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MetLife | C | Dividend | M | T | | | | | |
| 53. Microsoft | E | Dividend | P1 | T | | | | | |
| 54. Paychex Inc | D | Dividend | N | T | | | | | |
| 55. Pepsico | E | Dividend | O | T | | | | | |
| 56. Pinnacle West Cap CP | D | Dividend | M | T | | | | | |
| 57. Proctor & Gamble Co. | D | Dividend | N | T | | | | | |
| 58. Roper Technology Inc | D | Dividend | P1 | T | Distributed (part) | 12/31/19 | J | | |
| 59. Schlumberger Ltd | D | Dividend | M | T | | | | | |
| 60. United Parcel Service Inc | C | Dividend | L | T | Buy | 02/14/19 | M | | |
| 61. | | | | | Distributed (part) | 12/11/19 | L | | |
| 62. Varex Imaging Corp | | None | L | T | | | | | |
| 63. Varian Med Sys Inc | | None | O | T | | | | | |
| 64. Verizon Communications | C | Dividend | M | T | | | | | |
| 65. Versum Materials Inc | A | Dividend | | | Sold | 10/08/19 | M | G | |
| 66. Visa Inc | A | Dividend | M | T | | | | | |
| 67. Walgreens Boots Alliance Inc | D | Dividend | M | T | | | | | |
| 68. Yum Brands Inc Com | D | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Yum China Hlds Brands | C | Dividend | M | T | Distributed (part) | 12/31/19 | K | | |
| 70. JP Morgan Bank Chase Cash-Equivalent Accounts | A | Interest | K | T | | | | | |
| 71. WesBanco Bank Cash-EquivalentAccounts | A | Interest | J | T | | | | | |
| 72. General Mills | A | Dividend | K | T | | | | | |
| 73. WesBanco | A | Dividend | J | T | | | | | |
| 74. Riverview Assoc. | D | Rent | K | W | | | | | |
| 75. IRA #1 (Security National) (H) | | | | | | | | | |
| 76. Federated Prime Obligations Fund | A | Dividend | K | T | Buy (add'l) | 01/02/19 | L | | |
| 77. | | | | | Sold (part) | 01/09/19 | L | | |
| 78. Adobe Inc | | None | K | T | Buy | 06/19/19 | K | | |
| 79. Amazon Com Inc | | None | L | T | | | | | |
| 80. Alphabet Inc | | None | K | T | | | | | |
| 81. Amgen | C | Dividend | M | T | Sold (part) | 02/14/19 | K | E | |
| 82. | | | | | Sold (part) | 06/17/19 | K | E | |
| 83. Applied Materials | A | Dividend | K | T | Buy | 06/17/19 | K | | |
| 84. Automatic Data Processing | A | Dividend | L | T | | | | | |
| 85. Blackrock Inc | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Colgate Palmolive | B | Dividend | K | T | | | | | |
| 87. IBM | B | Dividend | K | T | | | | | |
| 88. Intel Corp | B | Dividend | L | T | | | | | |
| 89. Ishares MSCI EM Mkt | C | Dividend | M | T | | | | | |
| 90. Ishares MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 91. Ishares TR S&P MC 400VL ETF | A | Dividend | L | T | | | | | |
| 92. Ishares TR SP SMCP 600VL ETF | A | Dividend | L | T | | | | | |
| 93. Ishares TR SP SMCP 600GR ETF | A | Dividend | L | T | | | | | |
| 94. Ishares TR S&P MC 400GR ETF | A | Dividend | L | T | | | | | |
| 95. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 96. Chubb Corp | A | Dividend | K | T | | | | | |
| 97. Cisco Systems Inc | B | Dividend | L | T | | | | | |
| 98. Dominion Energy Inc VA | C | Dividend | L | T | | | | | |
| 99. Facebook | | None | L | T | | | | | |
| 100. Home Depot Inc | C | Dividend | M | T | | | | | |
| 101. Paypal Holdings Inc | | None | L | T | | | | | |
| 102. Procter & Gamble Company | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pepsico Inc | B | Dividend | L | T | | | | | |
| 104. PPG Inds Inc | A | Dividend | K | T | | | | | |
| 105. Qualcomm Inc | A | Dividend | K | T | | | | | |
| 106. Quest Diagnostics | B | Dividend | L | T | | | | | |
| 107. Sales Force Com Inc | | None | K | T | Buy | 02/19/19 | K | | |
| 108. Gilead Sciences Inc | A | Dividend | K | T | Buy (add'l) | 11/05/19 | K | | |
| 109. MetLife | B | Dividend | K | T | | | | | |
| 110. Microsoft | B | Dividend | M | T | | | | | |
| 111. Omnicom Group | B | Dividend | L | T | | | | | |
| 112. Schlumberger Ltd | B | Dividend | K | T | | | | | |
| 113. AT&T Inc | B | Dividend | K | T | | | | | |
| 114. Exxon Mobil Corp | B | Dividend | K | T | | | | | |
| 115. Thermo Fisher | A | Dividend | M | T | Sold (part) | 02/14/19 | K | E | |
| 116. | | | | | Sold (part) | 06/17/19 | K | E | |
| 117. 3M Co | A | Dividend | K | T | | | | | |
| 118. Ebay Inc | A | Dividend | K | T | | | | | |
| 119. United Parcel Service Inc | A | Dividend | K | T | Buy | 02/14/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. United Technologies | B | Dividend | L | T | | | | | |
| 121. Verizon | B | Dividend | L | T | | | | | |
| 122. Visa Inc | A | Dividend | L | T | | | | | |
| 123. Vulcan Materials | A | Dividend | K | T | | | | | |
| 124. Walt Disney Co | A | Dividend | L | T | | | | | |
| 125. Trust #2 (Security National) (H) | | | | | | | | | |
| 126. Federated Tax Free Obligations | C | Dividend | M | T | | | | | |
| 127. Federated Short Interim Duration Muni | D | Int./Div. | N | T | | | | | |
| 128. ConocoPhillips | B | Dividend | L | T | | | | | |
| 129. Caterpillar Inc | D | Dividend | M | T | | | | | |
| 130. Becton Dickinson & Co | B | Dividend | M | T | | | | | |
| 131. Blackrock Inc | C | Dividend | M | T | | | | | |
| 132. Intel Corp | D | Dividend | M | T | | | | | |
| 133. IBM | D | Dividend | M | T | | | | | |
| 134. Ishares TR S&P Small Cap 600 Growth | B | Dividend | M | T | | | | | |
| 135. Ishares TR S&P Small Cap 600 Value | B | Dividend | M | T | | | | | |
| 136. Ishares MSCI EMG MKT ETF | C | Dividend | M | T | Buy (add'l) | 01/03/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ishares MSCI EAFE ETF | C | Dividend | M | T | Buy | 01/03/19 | M | | |
| 138. Ishares TR S&P MC 400GR ETF | B | Dividend | M | T | | | | | |
| 139. Ishares TR S&P MC 400VL ETF | B | Dividend | M | T | | | | | |
| 140. Johnson & Johnson | D | Dividend | M | T | | | | | |
| 141. Kraft Heinz Co | B | Dividend | K | T | | | | | |
| 142. Mastercard Inc | A | Dividend | L | T | Buy | 02/19/19 | L | | |
| 143. Constellation Brands | D | Dividend | O | T | | | | | |
| 144. Eaton Vance Floating Rate I | D | Dividend | M | T | | | | | |
| 145. Ebay Inc | A | Dividend | K | T | | | | | |
| 146. Paypal Holdings Inc | | None | N | T | | | | | |
| 147. Procter & Gamble Company | D | Dividend | O | T | | | | | |
| 148. Duke Energy | C | Dividend | M | T | | | | | |
| 149. Quest Diagnostics | C | Dividend | M | T | | | | | |
| 150. Sales Force Com Inc | | None | L | T | Buy | 03/19/19 | L | | |
| 151. | | | | | Buy (add'l) | 11/05/19 | K | | |
| 152. Schlumberger LTD | C | Dividend | L | T | | | | | |
| 153. Bristol-Myers Squibb Co. | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Zimmer Biomet Holdings Inc | A | Dividend | M | T | | | | | |
| 155. 3M | E | Dividend | O | T | | | | | |
| 156. Omnicom Group | D | Dividend | N | T | | | | | |
| 157. Chevron Corp | D | Dividend | M | T | | | | | |
| 158. Chubb Corp | C | Dividend | M | T | | | | | |
| 159. Cisco Systems | D | Dividend | M | T | | | | | |
| 160. Visa Inc | B | Dividend | N | T | | | | | |
| 161. Walt Disney Co | D | Dividend | N | T | | | | | |
| 162. Thermo Fisher | B | Dividend | O | T | | | | | |
| 163. Altria Group Inc | D | Dividend | M | T | | | | | |
| 164. Union Pacific Corp | E | Dividend | O | T | | | | | |
| 165. United Technologies Corp | C | Dividend | M | T | | | | | |
| 166. Verizon Communications | D | Dividend | M | T | | | | | |
| 167. Vulcan Materials | A | Dividend | L | T | | | | | |
| 168. Abbott Labs | C | Dividend | M | T | | | | | |
| 169. Abbvie | D | Dividend | M | T | | | | | |
| 170. Adobe Inc | | None | M | T | Buy | 06/19/19 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/05/19 | L | | |
| 172. Air Products & Chemicals | D | Dividend | N | T | | | | | |
| 173. Amazon Com Inc | | None | M | T | | | | | |
| 174. Apple Inc | B | Dividend | M | T | | | | | |
| 175. Applied Materials Inc | A | Dividend | M | T | Buy | 06/19/19 | L | | |
| 176. Automatic Data Processing | C | Dividend | M | T | | | | | |
| 177. AT&T | D | Dividend | M | T | | | | | |
| 178. Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 179. Facebook Inc | | None | M | T | | | | | |
| 180. General Mills Inc. | D | Dividend | M | T | | | | | |
| 181. Gilead Sciences Inc | C | Dividend | L | T | | | | | |
| 182. Alphabet Inc Cl A | | None | M | T | | | | | |
| 183. Alphabet Inc Cl C | | None | M | T | | | | | |
| 184. Grainger WW Inc | D | Dividend | O | T | | | | | |
| 185. Home Depot | E | Dividend | O | T | | | | | |
| 186. Microsoft Corp Com | E | Dividend | P1 | T | | | | | |
| 187. Oracle Corp Com | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Philip Morris Intl Inc | D | Dividend | N | T | | | | | |
| 189. CVS | D | Dividend | N | T | | | | | |
| 190. Trust #3 (H) | | | | | | | | | |
| 191. AT&T | B | Dividend | K | T | | | | | |
| 192. Abbott Labs | B | Dividend | L | T | | | | | |
| 193. Abbvie | C | Dividend | L | T | | | | | |
| 194. Air Products & Chemicals | B | Dividend | M | T | | | | | |
| 195. Altria Group | C | Dividend | K | T | | | | | |
| 196. Amazon Com Inc | | None | L | T | | | | | |
| 197. Dominion Energy Inc VA | B | Dividend | K | T | | | | | |
| 198. Pepsico | C | Dividend | M | T | | | | | |
| 199. Philip Morris Int'l Inc | C | Dividend | L | T | | | | | |
| 200. Intel Corp | C | Dividend | M | T | | | | | |
| 201. Genuine Parts Co. | B | Dividend | L | T | | | | | |
| 202. Linde PLC | | None | | | Sold | 02/14/19 | K | A | |
| 203. Eaton Vance Floating Rate | C | Dividend | L | T | | | | | |
| 204. 3M Company | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Templeton Global Fund Adv | C | Dividend | L | T | | | | | |
| 206. Thermo Fisher Scientific Inc | A | Dividend | L | T | | | | | |
| 207. United Technologies | B | Dividend | L | T | | | | | |
| 208. Vanguard ST Invest Grade | B | Dividend | L | T | | | | | |
| 209. Visa Inc | A | Dividend | M | T | | | | | |
| 210. Vulcan Materials | A | Dividend | K | T | | | | | |
| 211. Yum Brands | B | Dividend | M | T | | | | | |
| 212. Bristol-Myers Squibb | D | Dividend | M | T | | | | | |
| 213. Canadian Nat'l Ry Co | B | Dividend | M | T | | | | | |
| 214. Chubb Corp | B | Dividend | L | T | | | | | |
| 215. Facebook Inc | | None | L | T | | | | | |
| 216. Occidental Pete Corp | C | Dividend | K | T | | | | | |
| 217. PPG Industries | A | Dividend | L | T | | | | | |
| 218. Raytheon Corp | A | Dividend | K | T | | | | | |
| 219. WEC Energy Group Inc | A | Dividend | K | T | | | | | |
| 220. Entergy Corp New | B | Dividend | K | T | | | | | |
| 221. International Business Mach Corp | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Ishares MSCI EM Mrkt | C | Dividend | M | T | Buy | 01/03/19 | M | | |
| 223. Ishares MSCI EAFE Index | D | Dividend | M | T | | | | | |
| 224. Ishares TR S&P MC 400GR ETF | A | Dividend | K | T | | | | | |
| 225. Ishares TR S&P MC 400VL ETF | A | Dividend | K | T | | | | | |
| 226. Ishares SP SMCP 600VL ETF | A | Dividend | K | T | | | | | |
| 227. Ishares SP SMCP 600GR ETF | A | Dividend | K | T | | | | | |
| 228. Ishares Cohen & Steers Rlty | C | Dividend | M | T | | | | | |
| 229. Archer Daniels Midland | B | Dividend | K | T | | | | | |
| 230. Blackrock Inc | B | Dividend | L | T | | | | | |
| 231. Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 232. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 233. Federated Tax-Free Obligation Fund | B | Dividend | L | T | | | | | |
| 234. JPMorgan Intermed Tax Free Bond | D | Int./Div. | O | T | | | | | |
| 235. JPMorgan Muni Income Fund | B | Int./Div. | L | T | | | | | |
| 236. JPMorgan High Yield Bond Fund | D | Dividend | M | T | | | | | |
| 237. Fidelity Advisor High Inc Adv | D | Dividend | M | T | Buy (add'l) | 12/09/19 | J | | |
| 238. Federated Short-Interim Duration Muni | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  General Mills | B | Dividend | L | T | | | | | |
| 240.  Verizon | B | Dividend | K | T | | | | | |
| 241.  Home Depot | D | Dividend | N | T | | | | | |
| 242.  Mastercard Inc | A | Dividend | L | T | | | | | |
| 243.  MetLife Inc | B | Dividend | L | T | | | | | |
| 244.  Microsoft Corp Com | D | Dividend | O | T | | | | | |
| 245.  Cisco Systems | D | Dividend | M | T | | | | | |
| 246.  Coca-Cola | B | Dividend | L | T | | | | | |
| 247.  Colgate Palmolive Co | B | Dividend | L | T | | | | | |
| 248.  Dodge & Cox Int'l Stock Fund | C | Dividend | L | T | | | | | |
| 249.  Trust #4 (Security National) (H) | | | | | | | | | |
| 250.  Federated Government Obligations Fund | A | Dividend | K | T | | | | | |
| 251.  American Century Value Instl | B | Dividend | | | Buy (add'l) | 10/23/19 | J | | |
| 252. | | | | | Sold | 11/01/19 | K | | |
| 253.  American Century Midcap Value I | A | Dividend | K | T | | | | | |
| 254.  Diamond Hill Large Cap I | A | Dividend | J | T | Buy | 11/04/19 | J | | |
| 255. | | | | | Buy (add'l) | 12/16/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Dodge & Cox International Stock | A | Dividend | K | T | | | | | |
| 257. Eaton Vamce Floating Rate | A | Dividend | J | T | | | | | |
| 258. Federated High Yield Inst | A | Dividend | J | T | Buy (add'l) | 12/10/19 | J | | |
| 259. Federated Total Rtn Bond | A | Dividend | K | T | | | | | |
| 260. Federated Ultra Short Bond | A | Dividend | K | T | | | | | |
| 261. Fidelity Advisor High Income Adv | A | Dividend | J | T | Buy (add'l) | 12/09/19 | J | | |
| 262. Fidelity Intl Small Cap | A | Dividend | K | T | Buy (add'l) | 12/09/19 | J | | |
| 263. Harding Loevner Int'l Equity | A | Dividend | K | T | | | | | |
| 264. JPMogan Large Cap Growth | C | Dividend | K | T | Buy (add'l) | 12/17/19 | J | | |
| 265. Clearbridge Large Cap Growth | B | Dividend | K | T | Buy (add'l) | 12/19/19 | J | | |
| 266. MFS Global Equity | A | Dividend | K | T | Buy (add'l) | 12/16/19 | J | | |
| 267. | | | | | Sold (part) | 02/15/19 | J | | |
| 268. Metropolitan West Total Return Bond | A | Dividend | K | T | Buy (add'l) | 12/11/19 | J | | |
| 269. Northern Small Cap Value | B | Dividend | K | T | Buy (add'l) | 12/24/19 | J | | |
| 270. Primecap Odyssey Aggresive Growth | B | Dividend | K | T | Buy (add'l) | 12/18/19 | J | | |
| 271. T Rowe Price New Horizons | B | Dividend | K | T | Buy (add'l) | 12/17/19 | J | | |
| 272. T Rowe Price Emerging Mkts Stk I | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Templeton Global Bond Adv | A | Dividend | J | T | | | | | |
| 274. Vanguard Equity Income Adm | B | Dividend | K | T | Buy (add'l) | 12/18/19 | J | | |
| 275. Vanguard Interim Term Invest Grade | A | Dividend | K | T | | | | | |
| 276. Vanguard Short Term Invest Grade | A | Dividend | K | T | | | | | |
| 277. IRA #2 (HBW) (H) | | | | | | | | | |
| 278. Ishares MSCI EAFE ETF | A | Dividend | J | T | Buy (add'l) | 06/19/19 | J | | |
| 279. S&P Midcap 400 ETF | A | Dividend | K | T | | | | | |
| 280. Invesco QQQ TR | A | Dividend | L | T | | | | | |
| 281. S&P Depository Rec (S&P 500 ETF) | A | Dividend | K | T | | | | | |
| 282. S&P Dow Jones Indl Avg EFT | A | Dividend | K | T | | | | | |
| 283. Federated Prime Obligation #10 | A | Dividend | J | T | | | | | |
| 284. Federated Gov't Obligation Tax Managed | C | Interest | N | T | Buy (add'l) | 01/02/19 | N | | |
| 285. Fedetated Short Term Duration | D | Int./Div. | O | T | | | | | |
| 286. AT&T Inc | D | Dividend | M | T | Buy | 01/03/19 | L | | |
| 287. Air Products & Checmical Inc | C | Dividend | M | T | | | | | |
| 288. Allegion Pub LTD Co | A | Dividend | M | T | | | | | |
| 289. Amazon.com Inc | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Truist Finl Corp(formerly BB&T) | | None | L | T | | | | | |
| 291. Becton Dickinson & Co | B | Dividend | M | T | | | | | |
| 292. Caterpillar | D | Dividend | M | T | | | | | |
| 293. Tapestry | D | Dividend | M | T | | | | | |
| 294. Coca Cola Inc | C | Dividend | M | T | | | | | |
| 295. Exxon Mobil Corp | E | Dividend | N | T | | | | | |
| 296. Facebook Inc | | None | M | T | | | | | |
| 297. Home Depot | C | Dividend | O | T | | | | | |
| 298. Ishares Tr FTSE Xin Hua China | B | Dividend | L | T | | | | | |
| 299. IShares TR MSCI Emerging Mkt | D | Dividend | M | T | | | | | |
| 300. IShares MSCI EAFE ETF | C | Dividend | M | T | Buy | 01/03/19 | L | | |
| 301. IShares TR S&P MC 400GR ETF | A | Dividend | L | T | | | | | |
| 302. IShares TR S&P MC 400VL ETF | C | Dividend | M | T | | | | | |
| 303. IShares TR SP SMCP 600 VL ETF | C | Dividend | M | T | | | | | |
| 304. IShares TR SP SMCP 600GR ETF | A | Dividend | L | T | | | | | |
| 305. Mastercard Inc CL A (partially distributed from line 51) | A | Dividend | M | T | Open | 12/11/19 | J | | |
| 306. Microsoft Corp. | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. MetLife | C | Dividend | M | T | | | | | |
| 308. Paypal Holdings Inc | | None | N | T | | | | | |
| 309. Pepsico | D | Dividend | N | T | | | | | |
| 310. Pinnacle West Capital Corp | C | Dividend | L | T | | | | | |
| 311. PPG Industries | C | Dividend | N | T | | | | | |
| 312. Varex Imaging Corp | | None | K | T | | | | | |
| 313. Varian Med Sys Inc | | None | N | T | | | | | |
| 314. Walgreens Boots Alliance Inc | B | Dividend | L | T | | | | | |
| 315. Yum Brands Inc Com | C | Dividend | M | T | | | | | |
| 316. Yum China Hldgs | A | Dividend | L | T | | | | | |
| 317. Zimmer Biomet Holdings Inc | A | Dividend | M | T | | | | | |
| 318. 3M Company | D | Dividend | M | T | | | | | |
| 319. Abbvie | D | Dividend | M | T | | | | | |
| 320. Apple Computer Inc | F | Dividend | P2 | T | | | | | |
| 321. JP Morgan Chase & Co | D | Dividend | N | T | | | | | |
| 322. Blackrock Inc | D | Dividend | N | T | | | | | |
| 323. Bristol Myers Squibb | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. Chevron Corporation | D | Dividend | M | T | | | | | |
| 325. Chubb Corp | D | Dividend | N | T | | | | | |
| 326. Colgate Palmolive Co | E | Dividend | O | T | | | | | |
| 327. Conocophillips | C | Dividend | M | T | | | | | |
| 328. Ebay Inc | B | Dividend | M | T | | | | | |
| 329. Dell Technologies Inc Cl C(formerly Dell Technologies) | | None | K | T | Sold (part) | 01/14/19 | J | A | |
| 330. Gilead Sciences Inc | C | Dividend | M | T | Buy (add'l) | 11/05/19 | L | | |
| 331. Alphabet Inc Cl A | | None | N | T | | | | | |
| 332. Alphabet Inc Cl C | | None | N | T | | | | | |
| 333. HBW Inc | A | Int./Div. | O | W | | | | | |
| 334. Occidental Petroleum Corp | D | Dividend | L | T | | | | | |
| 335. Ingersoll Rand Co | D | Dividend | N | T | | | | | |
| 336. Intel Corp | D | Dividend | M | T | | | | | |
| 337. Starbucks | E | Dividend | P1 | T | | | | | |
| 338. Stifel Finl Corp | A | Dividend | L | T | | | | | |
| 339. Roper Technology Inc | A | Dividend | M | T | | | | | |
| 340. Thermo Fisher Scientific | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. United Parcel Service Inc | C | Dividend | M | T | Buy | 02/19/19 | M | | |
| 342. Verizon Communications | C | Dividend | M | T | | | | | |
| 343. Visa Inc | C | Dividend | N | T | | | | | |
| 344. Vulcan Materials | B | Dividend | L | T | Buy | 01/03/19 | L | | |
| 345. Wesbanco | D | Dividend | N | T | | | | | |
| 346. American Century Mutual Funds Inc Heritage | E | Dividend | N | T | Buy (add'l) | 12/18/19 | K | | |
| 347. T Rowe Price New Horizons A | F | Dividend | O | T | Buy (add'l) | 12/17/19 | L | | |
| 348. Trust #5 (H) | | | | | | | | | |
| 349. Federated Money Market US Treasury Cash Reserves | A | Dividend | J | T | | | | | |
| 350. A&T | A | Dividend | J | T | | | | | |
| 351. Amazon.com Inc | | None | K | T | | | | | |
| 352. Capital One Financial | A | Dividend | J | T | | | | | |
| 353. Cardinal Health | A | Dividend | | | Sold | 02/20/19 | J | | |
| 354. Cisco Systems | A | Dividend | K | T | | | | | |
| 355. Conoco Phillips | A | Dividend | J | T | | | | | |
| 356. Celgene Corp | | None | | | Sold | 02/20/19 | J | | |
| 357. Church & Dwight Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Continental Resources | | None | | | Sold | 02/20/19 | J | | |
| 359. Danaher Corp | A | Dividend | K | T | | | | | |
| 360. Fedex | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 361. Garrett Motion Inc | | None | | | Sold | 02/20/19 | J | A | |
| 362. General Electric | A | Dividend | | | Sold | 02/20/19 | J | | |
| 363. Honeywell | A | Dividend | K | T | | | | | |
| 364. McDonalds | A | Dividend | K | T | | | | | |
| 365. Microsoft | A | Dividend | K | T | | | | | |
| 366. Nike Inc | A | Dividend | K | T | | | | | |
| 367. Oracle Systems | A | Dividend | K | T | | | | | |
| 368. Phillips 66 | A | Dividend | J | T | | | | | |
| 369. Resideo Technologies Inc | | None | | | Sold | 02/20/19 | J | A | |
| 370. PNC Financial Svc Group | A | Dividend | K | T | | | | | |
| 371. PPG Industries | A | Dividend | K | T | | | | | |
| 372. Thermo Fisher Scientific | A | Dividend | K | T | Buy | 02/20/19 | J | | |
| 373. Allergan Inc | A | Dividend | | | Sold | 02/20/19 | J | | |
| 374. WesMark Bond Fund #556 | B | Dividend | L | T | Sold (part) | 02/12/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Trust #6 (H) | | | | | | | | | |
| 376. Federated Money Market US Treasury Reserves | A | Dividend | J | T | | | | | |
| 377. AT&T | C | Dividend | L | T | | | | | |
| 378. Amazon.com Inc | | None | M | T | | | | | |
| 379. Apple Computer | D | Dividend | O | T | | | | | |
| 380. Boeing Company | C | Dividend | M | T | | | | | |
| 381. Bristol Myers Squibb | D | Dividend | O | T | | | | | |
| 382. Celgene Corp | | None | | | Sold | 02/20/19 | K | | |
| 383. Cisco Systems | B | Dividend | L | T | | | | | |
| 384. Coca Cola Co | B | Dividend | L | T | | | | | |
| 385. Commerce Bancshares | B | Dividend | M | T | | | | | |
| 386. Conoco Phillips | A | Dividend | K | T | | | | | |
| 387. Constellation Brands Inc | A | Dividend | L | T | | | | | |
| 388. Continental Resources | | None | | | Sold | 02/20/19 | K | | |
| 389. Exxon Mobil | B | Dividend | K | T | | | | | |
| 390. Nextera Energy | B | Dividend | L | T | | | | | |
| 391. Federated Total Return Bond Fund | D | Dividend | M | T | Sold (part) | 01/02/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Buy (add'l) | 02/22/19 | L | | |
| 393. Fedex Corp | A | Dividend | K | T | | | | | |
| 394. Garrett Motion Inc | | None | | | Sold | 02/20/19 | J | A | |
| 395. General Electric | B | Dividend | | | Sold | 02/20/19 | K | E | |
| 396. General Mills | B | Dividend | L | T | | | | | |
| 397. Honeywell Intl Inc | B | Dividend | L | T | | | | | |
| 398. JP Morgan Chase & Co | D | Dividend | O | T | | | | | |
| 399. Lowes Cos Inc | B | Dividend | L | T | | | | | |
| 400. McDonalds | B | Dividend | L | T | | | | | |
| 401. Mondelez Intl | B | Dividend | L | T | | | | | |
| 402. Nike Inc | A | Dividend | L | T | | | | | |
| 403. Phillips 66 | B | Dividend | K | T | | | | | |
| 404. PPG Industries | B | Dividend | M | T | | | | | |
| 405. Resideo Technologies Inc | | None | | | Sold | 02/20/19 | J | A | |
| 406. Paypal Holdings | | None | M | T | | | | | |
| 407. Thermo Fisher Scientific | A | Dividend | K | T | | | | | |
| 408. Vanguard Emerging VIP | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Allergan | A | Dividend | | | Sold | 02/20/19 | L | | |
| 410. WesMark Bond Fund #556 | D | Dividend | M | T | Sold (part) | 12/26/19 | K | | |
| 411. Trust #7 (H) | | | | | | | | | |
| 412. Wesmark WV Muni Bd Fnd #548 | E | Dividend | P1 | T | | | | | |
| 413. Wesmark Small Co Growth Fd #391 | | None | N | T | | | | | |
| 414. AT&T | D | Dividend | M | T | | | | | |
| 415. Amazon Com Inc | | None | N | T | | | | | |
| 416. Apple Computer | D | Dividend | P1 | T | | | | | |
| 417. Artisan International Fd #661 | D | Dividend | M | T | | | | | |
| 418. BP PLC | D | Dividend | M | T | | | | | |
| 419. Boeing Co | D | Dividend | N | T | | | | | |
| 420. Bristol-Myers Squibb Co. | D | Dividend | O | T | Buy (add'l) | 11/22/19 | M | | |
| 421. Bristol-Myers Squibb CVR | | None | J | T | Buy | 11/22/19 | J | | |
| 422. Broadcom | D | Dividend | N | T | | | | | |
| 423. Celgene | | None | | | Sold | 11/22/19 | M | G | |
| 424. Conoco Phillips | C | Dividend | M | T | | | | | |
| 425. Chevron Corp | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Cigna Corp | | None | | | Sold | 12/20/19 | L | | |
| 427. Cisco Systems | D | Dividend | N | T | | | | | |
| 428. Comcast Corp Cl A | B | Dividend | M | T | Buy | 12/20/19 | M | | |
| 429. Costco Wholesale Corp | C | Dividend | N | T | | | | | |
| 430. CVS Health Corp | C | Dividend | M | T | Buy | 12/20/19 | M | | |
| 431. Corteva Inc (spinoff #433) | A | Dividend | J | T | Spinoff (from line 433) | 06/01/19 | J | | |
| 432. Dow Inc (spinoff #433) | B | Dividend | K | T | Spinoff (from line 433) | 04/01/19 | J | | |
| 433. DuPont de Nemours Inc (formerly DowDupont Inc) | A | Dividend | K | T | | | | | |
| 434. EOG Resources | E | Dividend | P1 | T | | | | | |
| 435. Federated Intercontinental Fund #176 | | None | M | T | | | | | |
| 436. Fedex | | None | | | Sold | 12/20/19 | L | | |
| 437. Fifth Third Bancorp | C | Dividend | M | T | | | | | |
| 438. General Electric Co. | A | Dividend | M | T | | | | | |
| 439. Alphabet Inc Cl A | | None | N | T | | | | | |
| 440. Alphabet Inc Cl C | | None | N | T | | | | | |
| 441. Home Depot | D | Dividend | N | T | | | | | |
| 442. 3M | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 42

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

01/27/2020

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. IBM | D | Dividend | M | T | | | | | |
| 444. Invesco Intl Growth Fd Cl I | E | Dividend | M | T | | | | | |
| 445. Mastercard Inc Cl A | B | Dividend | O | T | | | | | |
| 446. Mondelez International | C | Dividend | M | T | | | | | |
| 447. Oracle Systems | C | Dividend | N | T | | | | | |
| 448. PNC Financial Svc | D | Dividend | N | T | | | | | |
| 449. Parker-Hannifin | C | Dividend | M | T | | | | | |
| 450. Pepsico Inc | D | Dividend | N | T | | | | | |
| 451. Phillips 66 | D | Dividend | M | T | | | | | |
| 452. Prime Cap Odyssey Aggressive Growth | E | Dividend | N | T | | | | | |
| 453. Proctor & Gamble Co | D | Dividend | M | T | | | | | |
| 454. Texas Instruments Inc | E | Dividend | O | T | | | | | |
| 455. Union Pacific Corp | C | Dividend | M | T | | | | | |
| 456. Unitedhealth Group | D | Dividend | N | T | | | | | |
| 457. United Technologies | D | Dividend | O | T | | | | | |
| 458. US Bancorp | | None | M | T | | | | | |
| 459. Wabtec Corp | C | Dividend | | | Buy | 03/05/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 12/20/19 | J | | |
| 461. WesBanco, Inc. | C | Dividend | M | T | | | | | |
| 462. Zimmer Holdings Inc | A | Dividend | M | T | | | | | |
| 463. Trust #9 (H) | | | | | | | | | |
| 464. Amazon Com Inc | | None | L | T | | | | | |
| 465. Amgen | B | Dividend | K | T | | | | | |
| 466. Apple Computer | C | Dividend | N | T | | | | | |
| 467. Artisan International Fund #661 | B | Dividend | L | T | | | | | |
| 468. Artisan MidCap Fund Cl1 | D | Dividend | M | T | | | | | |
| 469. Bristol-Myers Squibb Co | A | Dividend | K | T | Buy | 11/22/19 | K | | |
| 470. Bristol-Myers Squibb CVR | | None | J | T | Buy | 11/22/19 | J | | |
| 471. Boeing Co | B | Dividend | L | T | | | | | |
| 472. Celgene | | None | | | Sold | 11/22/19 | L | E | |
| 473. Cigna Corp | | None | K | T | | | | | |
| 474. Cisco Systems | C | Dividend | M | T | | | | | |
| 475. Cortevia Inc (spinoff #479) | A | Dividend | J | T | Spinoff (from line 479) | 06/01/19 | J | | |
| 476. Costco Wholesale Corp | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. CVS Health Corp | B | Dividend | L | T | Buy | 12/20/19 | L | | |
| 478. Dow Inc (spinoff #479) | A | Dividend | J | T | Spinoff (from line 479) | 04/01/19 | J | | |
| 479. DuPont de Nemours (formerly DowDuPont Inc) | A | Dividend | J | T | | | | | |
| 480. EOG Resources | B | Dividend | M | T | | | | | |
| 481. Federated Intercontinental Fund #176 | | None | K | T | | | | | |
| 482. Fedex Corp | A | Dividend | K | T | | | | | |
| 483. Haliburton | A | Dividend | K | T | | | | | |
| 484. Home Depot | B | Dividend | L | T | | | | | |
| 485. JP Morgan Chase | B | Dividend | L | T | | | | | |
| 486. Marathon Petroleum Corp | B | Dividend | K | T | | | | | |
| 487. Mastercard Inc Cl A | A | Dividend | M | T | | | | | |
| 488. Merck & Comapany | B | Dividend | L | T | | | | | |
| 489. Mondelez Intl | A | Dividend | K | T | | | | | |
| 490. Nike Inc Class B | A | Dividend | L | T | | | | | |
| 491. PNC Financial Services | B | Dividend | L | T | | | | | |
| 492. 3M | B | Dividend | L | T | | | | | |
| 493. Pepsico | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Primecap Odyssey Aggressive Growth | D | Dividend | M | T | | | | | |
| 495. Splunk Inc | | None | L | T | | | | | |
| 496. Texas Instruments | D | Dividend | M | T | | | | | |
| 497. Union Pacific Corp | B | Dividend | L | T | | | | | |
| 498. Unitedhealth Group | A | Dividend | L | T | | | | | |
| 499. United Technologies | C | Dividend | M | T | | | | | |
| 500. US Bancorp | | None | K | T | | | | | |
| 501. Walmart | | None | K | T | | | | | |
| 502. WesMark WV Muni #548 | A | Dividend | J | T | | | | | |
| 503. WesMark Small Co Growth Fund | | None | M | T | | | | | |
| 504. WesBanco | C | Dividend | M | T | | | | | |
| 505. Medtronic PLC | B | Dividend | L | T | | | | | |
| 506. Trust #10 (Security National) (H) | | | | | | | | | |
| 507. AT&T | B | Dividend | K | T | | | | | |
| 508. Abbott Labs | A | Dividend | L | T | | | | | |
| 509. Abbvie | C | Dividend | L | T | | | | | |
| 510. Adobe Inc | | None | K | T | Buy | 11/01/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. Air Prods & Chems Inc | B | Dividend | L | T | Sold (part) | 02/15/19 | K | E | |
| 512. | | | | | Sold (part) | 06/17/19 | K | D | |
| 513. Amazon Com Inc | | None | L | T | | | | | |
| 514. Apple Inc | C | Dividend | M | T | Sold (part) | 02/15/19 | K | E | |
| 515. Applied Materials Inc | A | Distribution | K | T | Buy | 11/05/19 | K | | |
| 516. Caterpillar Inc | B | Dividend | L | T | | | | | |
| 517. Coca Cola Co | A | Dividend | K | T | | | | | |
| 518. Colgate Palmolive | B | Dividend | L | T | Sold (part) | 11/01/19 | J | C | |
| 519. Chubb Corp | A | Dividend | K | T | | | | | |
| 520. CVS Health Corp | A | Dividend | K | T | | | | | |
| 521. Dominion Resources | B | Dividend | K | T | | | | | |
| 522. Duke Energy Corp | B | Dividend | K | T | | | | | |
| 523. Exxon Mobil | C | Dividend | L | T | | | | | |
| 524. Facebook Inc | | None | L | T | | | | | |
| 525. Gilead Sciences Inc | B | Dividend | K | T | | | | | |
| 526. Home Depot | C | Dividend | M | T | Sold (part) | 02/15/19 | K | E | |
| 527. | | | | | Sold (part) | 11/11/19 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Intel | C | Dividend | M | T | | | | | |
| 529. IBM | C | Dividend | L | T | | | | | |
| 530. IShares MSCI EMG MKT ETF | A | Dividend | K | T | | | | | |
| 531. IShares MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 532. IShares TR S&P MC 400GR | A | Dividend | K | T | | | | | |
| 533. IShares TR S&P MC 400VL | A | Dividend | K | T | | | | | |
| 534. IShares TR SP SMCP 600VL | A | Dividend | K | T | | | | | |
| 535. IShares TR SP SMCP 600GR | A | Dividend | K | T | | | | | |
| 536. Johnson & Johnson | B | Dividend | L | T | Sold (part) | 06/17/19 | J | D | |
| 537. | | | | | Sold (part) | 11/01/19 | J | D | |
| 538. Federated Prime Obligations | B | Dividend | L | T | | | | | |
| 539. MasterCard | A | Dividend | K | T | Buy | 02/15/19 | K | | |
| 540. Microsoft Corp | A | Dividend | K | T | Buy | 02/15/19 | K | | |
| 541. Omnicom Gr | C | Dividend | L | T | | | | | |
| 542. Oracle | B | Dividend | L | T | Sold (part) | 02/15/19 | K | D | |
| 543. Paypal Holdings Inc | | None | K | T | Buy | 02/20/19 | K | | |
| 544. Pepsico Inc | C | Dividend | L | T | Sold (part) | 02/15/19 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Name of Person Reporting

**Stamp Jr, Frederick P.**

Date of Report

01/27/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  Proctor & Gamble | B | Dividend | L | T | Sold (part) | 02/15/19 | K | E | |
| 546. | | | | | Sold (part) | 10/17/19 | K | D | |
| 547. | | | | | Sold (part) | 11/01/19 | J | D | |
| 548.  PNC Financial Svcs Group | B | Dividend | K | T | | | | | |
| 549.  SalesForce Com | | None | K | T | Buy | 02/15/19 | K | | |
| 550.  Thermo Fisher Scientific Inc | A | Dividend | M | T | Sold (part) | 02/15/19 | K | E | |
| 551. | | | | | Sold (part) | 06/17/19 | J | D | |
| 552. | | | | | Sold (part) | 11/01/19 | K | D | |
| 553.  United Technologies | B | Dividend | M | T | Sold (part) | 11/01/19 | J | D | |
| 554.  United Parcel Service Inc | A | Dividend | K | T | Buy | 02/20/19 | K | | |
| 555.  Visa Inc | A | Dividend | L | T | | | | | |
| 556.  Verizon Communications | B | Dividend | L | T | | | | | |
| 557.  Zimmer Biomet Holdings Inc. | A | Dividend | L | T | Sold (part) | 06/17/19 | J | D | |
| 558. | | | | | Sold (part) | 11/01/19 | J | D | |
| 559.  Trust #11 (Security Nat'l) (H) | | | | | | | | | |
| 560.  Federal Prime - Obligations | C | Dividend | K | T | | | | | |
| 561.  Vanguard ST Investment Grade Fund | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  AT&T | B | Dividend | K | T | | | | | |
| 563.  Abbott Labs | A | Dividend | L | T | | | | | |
| 564.  Abbvie | C | Dividend | L | T | | | | | |
| 565.  Adobe Inc | | None | L | T | Buy | 06/27/19 | L | | |
| 566.  Air Prods & Chems Inc | A | Dividend | K | T | | | | | |
| 567.  Alphabet Inc | | None | L | T | | | | | |
| 568.  Amazon Com Inc | | None | M | T | | | | | |
| 569.  Apple Inc | B | Dividend | M | T | | | | | |
| 570.  Applied Materials | A | Dividend | L | T | Buy | 06/27/19 | L | | |
| 571.  Automatic Data Processing | B | Dividend | M | T | | | | | |
| 572.  Becton Dickinson & Co | A | Dividend | K | T | | | | | |
| 573.  Blackrock Inc | B | Dividend | L | T | | | | | |
| 574.  CVS Health Corp | B | Dividend | K | T | | | | | |
| 575.  Caterpillar Inc | B | Dividend | L | T | | | | | |
| 576.  Chevron Corporation | B | Dividend | K | T | | | | | |
| 577.  Chubb Corp | B | Dividend | L | T | | | | | |
| 578.  Cisco Sys Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Stamp Jr, Frederick P.**

Date of Report: 01/27/2020

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 580. Conocophillips | B | Dividend | L | T | | | | | |
| 581. Corteva Inc (spinoff #585) | A | Dividend | | | Spinoff (from line 585) | 06/01/19 | J | | |
| 582. | | | | | Sold | 11/18/19 | J | B | |
| 583. Dow Inc (spinoff #585) | A | Dividend | J | T | Spinoff (from line 585) | 04/01/19 | J | | |
| 584. | | | | | Sold (part) | 04/17/19 | J | A | |
| 585. DuPont De Nemours Inc (formerly DowDupont) | A | Dividend | J | T | Sold (part) | 08/07/19 | J | A | |
| 586. Disney Walt Co Com | | None | K | T | Buy | 11/18/19 | K | | |
| 587. Duke Energy | B | Dividend | K | T | | | | | |
| 588. Ebay Inc | A | Dividend | K | T | | | | | |
| 589. Exxon Mobil | B | Dividend | K | T | | | | | |
| 590. Thermo Fisher | A | Dividend | M | T | Sold (part) | 11/18/19 | K | E | |
| 591. Gilead Sciences Inc | C | Dividend | L | T | | | | | |
| 592. Home Depot | C | Dividend | M | T | Sold (part) | 11/18/19 | K | E | |
| 593. IBM | A | Dividend | J | T | | | | | |
| 594. Intel Corp | B | Dividend | L | T | | | | | |
| 595. Ishares MSCI Emerging Mkts | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Ishares MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 597. Ishares TR S&P MC 400GR | A | Dividend | L | T | | | | | |
| 598. Ishares TR S&P MC 400VL ETF | B | Dividend | L | T | | | | | |
| 599. Ishares TR SP SMCP 600VL ETF | B | Dividend | L | T | | | | | |
| 600. Ishares TR SMCP 600GR ETF | A | Dividend | L | T | | | | | |
| 601. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 602. MetLife Inc | B | Dividend | L | T | | | | | |
| 603. Microsoft | A | Dividend | L | T | | | | | |
| 604. Omnicom Group | A | Dividend | K | T | | | | | |
| 605. Paypal Holdings Inc | | None | L | T | | | | | |
| 606. Pepsico Inc | B | Dividend | L | T | | | | | |
| 607. PPG Industries | A | Dividend | L | T | | | | | |
| 608. Linde PLC | A | Dividend | | | Sold | 03/04/19 | K | B | |
| 609. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 610. Qualcomm Inc | B | Dividend | L | T | | | | | |
| 611. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 612. Salesforce Com Inc | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. 3M Com | B | Dividend | L | T | | | | | |
| 614. United Technologies | A | Dividend | K | T | | | | | |
| 615. Union Pacific | A | Dividend | K | T | Buy | 11/18/19 | K | | |
| 616. Verizon Communications | B | Dividend | K | T | | | | | |
| 617. Visa Inc | B | Dividend | M | T | Sold (part) | 11/18/19 | K | E | |
| 618. Wallgreens Boots Alliance Inc | B | Dividend | L | T | | | | | |
| 619. Zimmer Holdings | A | Dividend | K | T | | | | | |
| 620. IRA #3(Security Nat'l) (H) | | | | | | | | | |
| 621. Federated Government Obligations Prem | A | Dividend | J | T | Buy (add'l) | 04/24/19 | J | | |
| 622. Vanguard Global Equity Inv | A | Dividend | J | T | Buy (add'l) | 12/18/19 | J | | |
| 623. JCS HBW 1 (H) | | | | | | | | | |
| 624. Fidelity Govt MMKT Capital Reserves CL | A | Dividend | K | T | Buy | 01/03/19 | K | | |
| 625. Alcoa | A | Dividend | | | Buy | 02/21/19 | J | | |
| 626. | | | | | Sold | 12/18/19 | J | | |
| 627. Applied Materials Inc | A | Dividend | | | Sold | 01/02/19 | J | | |
| 628. Nvidja Corp | A | Dividend | | | Sold | 01/02/19 | J | | |
| 629. 3M Company | A | Dividend | | | Sold | 12/18/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Frederick P. Stamp Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544